# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| Julia Niebrzydowski | ) | |
|            Plaintiff. | ) | |
| v. | ) | 1:20-cv-02161 |
| | ) | |
| Gonzalez Law Group, P.C. and Daniel Gonzalez, | ) | |
| | ) | |
|            Defendants. | ) | |

## Notice of Voluntary Dismissal

**Now comes** Plaintiff Julia Niebrzydowski, and hereby dismisses this case without prejudice and specifically reserving her right(s) to proceed on any claims in state court

/s/ James M. Dore

**Dore Law Offices LLC**
**James M. Dore (#6296265) and John N. Dore (#0661007)**
*Attorneys for Plaintiff*
134 N. La Salle St., Suite 1208
Chicago, IL 60602
P: 312-726-8401; F: 844-272-4628
E: james@dorelawoffices.com